**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Felipe MEDRANO–VICTORIA,**
**Defendant–Appellant.**

**No. 09–31053**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 22, 2010.

Camille Ann Domingue, Assistant U.S. Attorney, Daniel J. McCoy, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Carol B. Whitehurst, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

504

Before KING, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Felipe Medrano–Victoria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Medrano–Victoria has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.